COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: JAIME LUEVANO, | § | No. 08-08-00208-CR |
| | § | |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | |
| | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Jaime Luevano, requests this Court issue a writ of mandamus ordering the El Paso District Attorney, El Paso District Clerk, El Paso County Clerk, and other El Paso officials to: (1) transfer his pending lawsuits for "special proceedings;" (2) appoint an attorney of his choice; and (3) grant a "motion for special procedures" so that he may view court proceedings via closed circuit television. He also requests that two of this Court's Justices be disqualified from considering the writ.

This Court has the authority to issue a writ of mandamus in two instances: (1) when necessary to enforce the court's jurisdiction or (2) against a judge of a district or county court in the court of appeals district; or a judge of a district court acting as a magistrate at a court of inquiry in the court of appeals district. *See* TEX.GOV'T CODE ANN. § 22.221 (a) & (b)(Vernon 2004). Luevano is seeking a writ of mandamus against the El Paso District Attorney, El Paso District Clerk, El Paso County Clerk, and other El Paso officials. Because this Court does not have authority to grant a writ of mandamus against these officials, we dismiss Luevano's petition for writ of mandamus for lack of jurisdiction.

June 26, 2008

_____

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.

(Do Not Publish)